UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICKY S. WAHCHUMWAH, <br><br> Defendant. | No. CR-09-2035-EFS-1 <br><br> ORDER FOLLOWING: <br><br> ☑ INITIAL APPEARANCE <br> ☐ ARRAIGNMENT <br> ☐ PRETRIAL RELEASE REVOCATION HEARING <br><br> ☑ MOTION GRANTED (Ct. Rec. 278) <br><br> ☐ MOTION DENIED (Ct. Rec. ____) <br><br> ☐ ACTION REQUIRED |

Date of hearing: September 10, 2010

☑ Petition for action: Pretrial

Defendant was advised of, and acknowledged, Defendant's rights.

☑ The government's motion for modification of conditions of pretrial release is granted.

☑ Defendant is released on the previously ordered conditions of release imposed by this court and by Yakima Tribal Court.

☑ Defendant's previously ordered conditions of release are modified as follows: Defendant may not travel to Klickitat County without first obtaining permission from his U.S. Probation Officer.

All other conditions remain.

DATED September 10, 2010.

                                 s/James P. Hutton
                                    JAMES P. HUTTON
                    UNITED STATES MAGISTRATE JUDGE

ORDER - 1