PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 20 2010

JAMES R LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

| | | | |
|---|---|---|---|
| U.S.A. vs. | Ricky Sam Wahchumwah | Docket No. | 2:09CR02035-001-EFS |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Jose Zepeda, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Ricky Sam Wahchumwah who was placed under pretrial release supervision by the Honorable James P. Hutton sitting in the Court at Yakima, WA, on the 12th day of March 2009 under the following conditions:

**Condition #1:** Defendant shall not commit any offense in violation of Federal, state, or local law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Mr. Wahchumwah was allegedly charged with two counts of assault and battery, Yakama Indian Nation Police Department, incident report case number 10-3472, on or about August 17, 2010.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

                               I declare under penalty of perjury that
                               the foregoing is true and correct.

                               Executed on:   08/19/2010

                        by     s/Jose Zepeda

                               Jose Zepeda
                               U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

                               _James P. Hutton_
                               Signature of Judicial Officer

                               8/19/2010
                               Date