```
 1
 2
 3
 4
 5                          UNITED STATES DISTRICT COURT
 6                         EASTERN DISTRICT OF WASHINGTON
 7   UNITED STATES OF AMERICA,
                                         NO.  CR-09-2035-EFS-1
 8                    Plaintiff,              CR-09-2035-EFS-2
 9        v.
                                         FINAL ORDER OF FORFEITURE
10   RICKY S. WAHCHUMWAH (1) and
     VICTORIA M. JIM (2),
11
                      Defendants.
12
```

On November 16 and December 17, 2010, a Federal Rule of Criminal Procedure 32.2 forfeiture hearing occurred in the above-captioned matter. The Court entered a preliminary forfeiture order (ECF No. 344), which was later amended (ECF No. 353). During the April 13, 2011 sentencing, the parties agreed that the amended preliminary forfeiture order was to be finalized, except for a modification relating to forfeiture item (FI) 61. In regards to FI 61, the Court clarified that all tail plumes from the plastic Tupperware-style box were to be forfeited except for one set bound with black and white tape and twenty sets bound with white tape. Accordingly after reviewing the submitted material and relevant authority and considering the trial, forfeiture hearing, and sentencing, the Court is fully informed and **HEREBY ORDERS** forfeiture of the following items:

ORDER ~ 1

1. FIs 1-3, 5-16, 18-21, 22 (twenty-seven golden eagle sets and six bald eagle sets), 23-38, 40-44, 47-52, 53 (twenty-six wing feathers), 54-57, 58 (fifty percent of the plumes), 59, 61 (all tail plumes from the plastic Tupperware-style box except for one set bound with black and white tape and twenty sets bound with white tape), 62-64, 65 (all tail feathers except for 15 golden eagle tail feather sets and five bald eagle tail feather sets), 66, 68, and 70-78; and

2. the 1995 Chevrolet Suburban, Washington License Plate 258 XQJ, VIN#: 1GNFK16KXJ425913.

All non-forfeited FIs must be returned to Defendants, absent FI 17, which shall be returned to Raymond Colfax.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and to provide a copy to counsel and the U.S. Probation Office.

**DATED** this 25th day of April 2011.

        S/ Edward F. Shea
        EDWARD F. SHEA
        United States District Judge

Q:\Criminal\2009\2035.final.forfeit.wpd

ORDER ~ 2