PROB 12C
(7/93)

Report Date: October 18, 2012

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 18 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ricky Sam Wahchumwah        Case Number: 2:09CR02035-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 4/13/2011

Original Offense:   Ct. 1: Conspiracy, 18 U.S.C. § 371
                    Cts. 2, 4 & 5: Offering and Selling Eagles, 16 U.S.C. § 668(a)
                    Ct. 3: Selling and Acquiring Wildlife, 16 U.S.C. § 3372(a)(1)

Original Sentence:   Prison - 1 Month        Type of Supervision: Supervised Release
                     TSR - 24 Months

Asst. U.S. Attorney: Timothy J. Ohms         Date Supervision Commenced: 6/28/2011

Defense Attorney:    Federal Defenders Office  Date Supervision Expires: 6/27/2013

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first 5 days of each month.<br><br>**Supporting Evidence**: Mr. Wahchumwah failed to report to the U.S. Probation Office and submit his monthly report form within the first 5 days of the month of October 2012.<br><br>On October 11, 2012, a late report letter was sent to Mr. Wahchumwah reminding him he failed to submit his monthly report form within the first 5 days of the month of October 2012. As of October 18, 2012, Mr. Wahchumwah has yet to report. |
| 2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.<br><br>**Supporting Evidence**: Mr. Wahchumwah failed to notify his probation officer of a change in residence as of October 17, 2012. |

Prob12C
Re: Wahchumwah, Ricky Sam
October 18, 2012
Page 2

                On October 17, 2012, this officer spoke with the defendant's girlfriend who advised she is no longer in a relationship with Mr. Wahchumwah and he is no longer living at her residence.

3       **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

        **Supporting Evidence**: Mr. Wahchumwah left the Eastern District of Washington without permission on or about the weekend of October 13, 2012.

        A confidential source reported Mr. Wahchumwah has been residing in Celilo, Oregon, which is outside the boundaries of the Eastern District of Washington. This location has been described as a Native American village.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

        I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  10/18/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*
Signature of Judicial Officer

*October 18, 2012*
Date