PROB 12C
(7/93)

Report Date: October 29, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 30 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ricky S. Wahchumwah          Case Number: 2:09CR02035-001

Address of Offender: ·

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: 4/13/2011

Original Offense:    Ct. 1: Conspiracy, 18 U.S.C. § 371
                     Cts. 2, 4 & 5: Offering and Selling Eagles, 16 U.S.C. § 668(a)
                     Ct. 3: Selling and Acquiring Wildlife, 16 U.S.C. § 3372(a)(1)

Original Sentence:   Prison - 1 Month                Type of Supervision: Supervised Release
                     TSR - 24 Months

Asst. U.S. Attorney: Timothy J. Ohms                 Date Supervision Commenced: 6/28/2011

Defense Attorney:    Federal Defenders' Office       Date Supervision Expires: 6/27/2013

---

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 18, 2012.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.<br><br>**Supporting Evidence**: Mr. Wahchumwah associated with Sylvester Dave, who was on Federal warrant status for failure to comply with his supervised release conditions on or before October 23, 2012.<br><br>On October 23, 2012, Mr. Wahchumwah and Mr. Dave were both arrested on Federal warrants for violating their conditions of supervised released. Both defendants were arrested at the same location in Celilo Village in the State of Oregon. Mr Wahchumwah failed to report or get permission to associate with Mr. Dave. |
| 5 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. |

Prob12C
Re:  Wahchumwah, Ricky S.
October 29, 2012
Page 2

**Supporting Evidence**: Mr. Wahchumwah failed to submit to a random drug test on October 25, and 26, 2012, as directed by his probation officer.

On October 25, 2012, while at the probation office, Mr. Wahchumwah was directed to submit to a random drug test. Mr. Wahchumwah was not able to produce a specimen and requested permission to return to the probation office the following morning.

On October 26, 2012, this officer spoke with Mr. Wahchumwah at approximately 1:45 p.m. and reminded him that he was to submit a urine specimen the first thing this morning. Mr. Wahchumah stated he was trying to find a ride. This officer instructed Mr. Wahchumwah to be at the probation office before 4 p.m. this date. The defendant was a no call/no show. This officer attempted to reach Mr. Wahchumwah on his cellular telephone. Voice messages were left on the defendant's cellular telephone, as well as voice messages on his girlfriend's cellular telephone. At 6:25 p.m. this same date, this officer received a text message from Mr. Wahchumwah indicating he did have a ride, but would be in the office the first thing Monday morning. Mr. Wahchumwah has yet to report as of October 29, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  10/29/2012

s/Jose Zepeda

Jose Zepeda
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Other

*Edward F. Shea*
Signature of Judicial Officer

October 30, 2012
Date